**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Johnnie BELL, Defendant/Appellant.**

**No. ED 82622.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 29, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 10, 2004.

Daniel L. Mohs, St. Louis, MO, for appellant.

unless otherwise indicated.

Andrea Kaye Spillars, Assistant Attorney General, Leslie E. McNamara, Jefferson City, MO, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

## ORDER

PER CURIAM.

Defendant, Johnnie Bell, appeals from the judgment entered on a jury verdict finding him guilty of second-degree trafficking of cocaine base, in violation of Section 195.223 RSMo (2000), and possession of cocaine, in violation of Section 195.202 RSMo (2000). The trial court found defendant to be a prior drug offender and sentenced him to ten years imprisonment on each count, to be served concurrently.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).